IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BENNIE EARL HAYNES and
ISIAH DYER                                                              PLAINTIFFS

v.                          No. 4:14-cv-92-DPM

LITTLE ROCK VETERAN
REGIONAL OFFICE                                                    DEFENDANT

JUDGMENT

The case is dismissed without prejudice for failure to prosecute.

*[signature]*

D.P. Marshall Jr.
United States District Judge

22 May 2015